726 A.2d 257

IN THE MATTER OF JAMES R. OWENS,
AN ATTORNEY AT LAW.

March 31, 1999.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 recommending that **JAMES R. OWENS** of **JERSEY CITY** who was admitted to the bar of this State in 1976, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JAMES R. OWENS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES R. OWENS,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JAMES R. OWENS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.